■ COMMUNITY-GENERAL HOSPITAL OF GREATER SYRACUSE, Respondent, v ROBERT STONE, as Commissioner of the Onondaga County Department of Social Services, Appellant.—Judgment unanimously affirmed with costs for reasons stated at Special Term, Murphy, J. (Appeal from judgment of Supreme

Court, Onondaga County, Murphy, J.—summary judgment.) Present—Doerr, J. P., Denman, Pine, Balio and Davis, JJ.